UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| DR. JOHN JOYCE, | * | CIVIL ACTION |
| | * | NO. |
| Plaintiff, | * | |
| | * | SECTION: |
| v. | * | |
| | * | |
| TULANE UNIVERSITY, | * | JUDGE: |
| | * | |
| Defendant. | * | |
| | * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, and without waiving any procedural, substantive, or equitable defenses that it may have, Defendant, The Administrators of the Tulane Educational Fund d/b/a Tulane University (incorrectly designated in the Petition as Tulane University) (hereinafter "Tulane"), hereby removes this action from the Civil District Court of the Parish of Orleans, Louisiana, to the United States District Court for the Eastern District of Louisiana. In support of this removal, Tulane respectfully represents as follows:

1.

### Basis for Original Jurisdiction Removal

Removal is proper because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question) over the claims asserted in the First Supplemental and Amending Petition. This case was initially filed in in the Civil District Court of the Parish of Orleans, Louisiana, on April 29, 2009, under the caption *"Dr. John Joyce v. Tulane University,"* state-court civil action number 2009-04444(N). On May 15, 2013, Plaintiff moved for leave to file a

First Supplemental and Amending Petition, which was served on Tulane on August 15, 2003. Plaintiff, Dr. John Joyce ("Plaintiff") and Tulane are the only parties. A copy of the Petition and all other pleadings, process and orders served on Defendant or filed in the action are attached hereto as **Exhibit A**.

2.

**Original Federal Question Jurisdiction Under the ADEA and Title VII**

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 (Federal Question). Plaintiff's original petition only asserted claims for employment discrimination pursuant to Louisiana law, specifically Louisiana Revised Statute § 51:2264. In his First Supplemental and Amending Petition, however, Plaintiff added federal-law claims predicated upon the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., as amended ("ADEA"), and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq., as amended ("Title VII"). Therein, Plaintiff specifically alleges that, as an employee of Tulane, he suffered age discrimination in violation of the ADEA, as well as unlawful discrimination pursuant to Title VII. (First Supplemental and Amending Petition for Damages, ¶¶IIA-B.) Beyond dispute is the fact that district courts of the United States have original jurisdiction over actions arising under the ADEA and Title VII. As such, removal as contemplated by 28 U.S.C. § 1441(a) is appropriate.

3.

**Timeliness of Removal**

Tulane received service of Plaintiff's First Supplemental and Amending Petition for Damages, wherein Plaintiff first asserts federal claims, on August 15, 2013, through undersigned

counsel.[1] Therefore this Notice of Removal is timely, in that this action is being removed to this Court within the 30-day period prescribed by 28 U.S.C. § 1446(b).

4.

**<u>Proper Supplemental Jurisdiction</u>**

To the extent that any of Plaintiff's claims are not subsumed in and/or preempted by his claims under the ADEA and Title VII, this Court's supplemental jurisdiction over any companion claims is warranted under 28 U.S.C. § 1367(a). Plaintiff's state-law claims for age discrimination arise from the same nucleus of operative facts as his claims for discrimination pursuant to the ADEA and Title VII. (*See* Plaintiff's First Supplemental and Amending Petition for Damages, ¶IIA.) Similarly, Plaintiff's newly asserted claims for breach of contract and negligence as a result of his alleged discriminatory compensation are so closely related to his federal-question discrimination claims that they form part of the same Article III case or controversy. None of these claims raises any novel or complex issue of state law or predominates over the federal-law claims, and there are no exceptional circumstances that should compel this Court to decline jurisdiction.

5.

Immediately after filing this Notice of Removal with the clerk of this Court, Tulane will comply with 28 U.S.C. § 1446(d) by causing copies of this Notice to be filed with the Clerk of the Civil District Court for the Parish of Orleans, Louisiana, and to be served on all other counsel of record.

---

[1] Plaintiff apparently filed a First Supplemental and Amending Petition, as well as a Motion for Leave to file this pleading, on May 15, 2013. But he never served this First Supplemental and Amended Petition on Tulane. Thereafter, Plaintiff filed a Motion to Continue the hearing on the Motion for Leave, and the Court continued this hearing until July 27, 2013. Plaintiff then filed another Motion to Continue the hearing on the Motion for Leave, and the Court continued this hearing without date. Tulane received citation and formal service of Plaintiff's First Amended and Supplemental Petition from the Civil Sheriff on August 15, 2013.

6.

Tulane hereby reserves all procedural, substantive and/or equitable rights, including any defenses, objections, and exceptions. The filing of this Notice of Removal is subject to, and without waiver of, any and all such rights, defenses, objections, and/or exceptions.

Based upon the foregoing, Defendant, The Administrators of the Tulane Educational Fund d/b/a Tulane University (incorrectly designated in the Petition as Tulane University) removes the above-captioned action, bearing Civil Action No. 2009-04444, from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Court. Defendant further prays that its removal be deemed sufficient and hereby provides notice that this action is duly removed.

Respectfully submitted,

**Chaffe McCall, L.L.P.**

*/s/ Julie D. Livaudais*
**Julie D. Livaudais (La. State Bar No. 1183, T.A.)**
**Sarah Voorhies Myers (La. State Bar No. 30107)**
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163-2300
Telephone: 504-585-7007
Facsimile: 504-544-6054
Email: Livaudais@chaffe.com
Email: Myers@chaffe.com
**Attorneys for Defendant, The Administrators of the Tulane Educational Fund**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of September, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as CM/ECF participants. I have further served a copy of the foregoing on counsel for Plaintiff via electronic mail, facsimile, and/or by placing same in the United States Mail, postage prepaid and properly addressed, as follows:

> George Riess, Esq.
> 228 St. Charles Ave., Suite 1224
> New Orleans, Louisiana 70130

> */s/ Julie D. Livaudais*