# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. JOHN JOYCE | * | CIVIL ACTION NO. 2:13-5723 |
| Plaintiff, | * | SECTION "N" |
| v. | * | JUDGE: ENGELHARDT |
| TULANE UNIVERSITY | * | MAGISTRATE: KNOWLES |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, The Administrators of the Tulane Educational Fund (hereinafter "Tulane"), incorrectly designated in the Amended Petition as "Tulane University", and for answer to the First Supplemental and Amending Petition for Damages of Dr. John Joyce, alleges and avers as follows:

### 1.

For answer to the First Supplemental and Amending Petition for Damages, Defendant reiterates and reurges each and every answer and defense set forth in its Answer to Plaintiff's original Petition for Damages, as if the same were set forth herein *in extenso*.

2125050-1

**2.**

The allegations contained in Paragraph II. A. of the First Supplemental and Amending Petition are denied, all and singular.

**3.**

The allegations contained in Paragraph II. B. of the First Supplemental and Amending Petition are denied as written.

**4.**

For answer to the allegations of Paragraph II. C. of the First Supplemental and Amending Petition, Tulane admits that Dr. John Joyce is a member of the tenured faculty at Tulane University and denies, all and singular, the remaining allegations of the paragraph.

**5.**

The allegations contained in Paragraph II. D. of the First Supplemental and Amending Petition are denied, all and singular.

**6.**

The allegations contained in Paragraph II. E. of the First Supplemental and Amending Petition are denied, all and singular.

**AND NOW, FURTHER ANSWERING,** Defendant sets forth the following affirmative defenses:

**7.**

### FIRST AFFIRMATIVE DEFENSE

The First Supplemental and Amending Petition fails to state any claim upon which relief can be granted.

**8.**

## SECOND AFFIRMATIVE DEFENSE

All or some of plaintiff's claims are prescribed under the applicable limitations periods.

**9.**

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims under federal anti-discrimination statutes, including Title VII and the Age Discrimination in Employment Act, are not actionable because Plaintiff has failed to exhaust administrative remedies.

**10.**

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has been treated at all times in accordance with lawful, published uniform policies, procedures, rules and practices, as are all Tulane employees, regardless of their age or any other protected status. Employment decisions with respect to Plaintiff were made in good faith and with good cause. Tulane has not engaged in any acts, practices, policies, customs, or usages which have unlawfully denied, abridged, withheld, conditioned, limited, segregated, classified or otherwise interfered with the rights of plaintiff or which have deprived or tended to deprive him of equal employment opportunities on the basis of his age.

**11.**

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's contract claims fail due to lack of consent, offer and acceptance.

**12.**

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate, or reasonably attempt to mitigate, his damages, if any he has.

**13.**

## SEVENTH AFFIRMATIVE DEFENSE

Tulane is entitled to reasonable attorneys' fees and costs incurred in defending against plaintiff's frivolous claims.

**WHEREFORE**, Defendant, The Administrators of the Tulane Educational Fund, prays that its Answer to Plaintiff's First Supplemental and Amending Petition for Damages be deemed good and sufficient and that, after due proceedings are had, there be judgment in its favor, dismissing the suit of the plaintiff with prejudice and at his costs, and awarding reasonable attorney's fees and costs to Defendant.

Respectfully submitted,

**Chaffe McCall, L.L.P.**

*/s/ Julie D. Livaudais*
**Julie D. Livaudais (La. State Bar No. 1183, T.A.)**
**Sarah Voorhies Myers (La. State Bar No. 30107)**
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163-2300
Telephone: 504-585-7007
Facsimile: 504-544-6054
Email: livaudais@chaffe.com
Email: myers@chaffe.com
**Attorneys for Defendant, The Administrators of the Tulane Educational Fund**

2125050-1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as CM/ECF participants. I have further served a copy of the foregoing on counsel for Plaintiff via electronic mail georgeriess@riess-law.com and/or by placing same in the United States Mail, postage prepaid and properly addressed, as follows:

>George Riess, Esq.
>228 St. Charles Ave., Suite 1224
>New Orleans, Louisiana 70130

>/s/ Julie D. Livaudais