UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. JOHN JOYCE | * | CIVIL ACTION NO. 2:13-5723 |
| | * | |
| **Plaintiff,** | * | SECTION "N" |
| v. | * | |
| | * | JUDGE: ENGELHARDT |
| TULANE UNIVERSITY | * | |
| | * | MAGISTRATE: KNOWLES |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

### NOTICE OF COMPLIANCE WITH REMOVAL ORDER

In compliance with the Court's Removal Order, issued on September 5, 2013 (Doc. No. 4), Defendant and removing party, The Administrators of the Tulane Educational Fund (improperly identified by Plaintiff as Tulane University), responds to each enumerated paragraph of the Court's order and respectfully represent as follows:

1. **A list of all parties still remaining this this action:**

    a. Plaintiff, Dr. John Joyce
       Represented by:
       George Riess, Esq.
       228 St. Charles Avenue, Suite 1224
       New Orleans, LA 70130-4065
       georgeriess@riess-law.com

    b. Defendant The Administrators of the Tulane Educational Fund
       Represented by:
       Julie D. Livaudais and Sarah Voorhies Myers
       CHAFFE McCALL, L.L.P.
       2300 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163-2300
       livaudais@chaffe.com
       myers@chaffe.com

2125809-1

2.  **Copies of all pleadings, including answers, filed by those parties in state court.**

Attached as Exhibit A are copies of all pleadings filed in state court related to the removed Petition for Damages.

3.  **Copies of the return of service of process on those parties filed in state court**.

Attached as Exhibit B are the returns of service on The Administrators of the Tulane Educational Fund.

                Respectfully submitted,

                **Chaffe McCall, L.L.P.**

                */s/ Julie D. Livaudais*
                **Julie D. Livaudais (La. State Bar No. 1183, T.A.)**
                **Sarah Voorhies Myers (La. State Bar No. 30107)**
                1100 Poydras Street, Suite 2300
                New Orleans, Louisiana  70163-2300
                Telephone:  504-585-7007
                Facsimile:   504-544-6054
                Email: livaudais@chaffe.com
                Email: myers@chaffe.com
                **Attorneys for Defendant, The Administrators of the Tulane Educational Fund**

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2013, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing, emailing, and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                */s/ Julie D. Livaudais*